UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INDEMNITY COMPANY,

      Plaintiff,                                Case No. 22-cv-11989
                                              Hon. Matthew F. Leitman

v.

GEORGE ALLEN,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: September 12, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 12, 2022, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                        Case Manager
                                                        (313) 234-5126